DOROTHY L. ROGERS, an Infant, by JOHN B. ROGERS, Her Guardian ad Litem, Appellant, *v.* THE CITY OF BINGHAMTON, Respondent.

*Rogers* v. *City of Binghamton*, 101 App. Div. 352, affirmed. (Argued November 20, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the failure of the defendant to prevent the riding of bicycles on the sidewalks of its streets.

*Thomas J. Keenan* for appellant.

*Burr W. Mosher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

HELEN M. HOWELL, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, Appellant.

(Submitted November 26, 1906; decided December 4, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 186 N. Y. 556.)